IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBERT YERGOVICH, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

  Plaintiff,

v.                                     Case No. 1:17-cv-00865-TSE-JFA

SMALL COMMUNITY SPECIALISTS,
L.L.C., *et al.*,

  Defendants.

**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**
**AND**
**MOTION TO STRIKE AND/OR DISMISS CLASS ALLEGATIONS**

     Defendants Small Community Specialists, L.L.C., Community Management Corporation, and Associations, Inc., by counsel, pursuant to Rules 12(b)(1), 12(b)(6) of the Federal Rules of Civil Procedure, move this Court to dismiss Plaintiff's Complaint against then with prejudice, and, in the alternative, pursuant to Rules 12(f) strike and/or dismiss Plaintiff's class allegations for reasons set forth in the accompanying Memorandum in Support of this Motion.

                                              **SMALL COMMUNITY SPECIALISTS,**
                                              **L.L.C. D/B/A SELECT COMMUNITY**
                                              **SERVICES AND/OR ASSOCIA;**
                                              **COMMUNITY MANAGEMENT**
                                              **CORPORATION D/B/A ASSOCIA;**
                                              **AND ASSOCIATIONS, INC. D/B/A**
                                              **ASSOCIA**

                                              By Counsel

s/ Danielle D. Giroux_____
VSB No. 45401
Attorney for Small Community Specialists, L.L.C. d/b/a Select Community Services and/or Associa, Community Management Corporation d/b/a Associa and Associations, I
Harman, Claytor, Corrigan & Wellman
1940 Duke Street, Suite 200
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
dgiroux@hccw.com

## **C E R T I F I C A T E**

I hereby certify that on the 4th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Scott A. Surovell, Esq.
>Nathan D. Rozsa, Esq.
>Surovell Isaacs & Levy PLC
>4010 University Drive, Suite 200
>Fairfax, VA 22030
>703-277-9750 - Phone
>703-591-9285 - Fax
>ssurovell@surovellfirm.com
>nrozsa@surovellfirm.com

>s/ Danielle D. Giroux_____
>VSB No. 45401
>Attorney for Small Community Specialists, L.L.C. d/b/a Select Community Services and/or Associa, Community Management Corporation d/b/a Associa and Associations, Inc. d/b/a Associa
>Harman, Claytor, Corrigan & Wellman
>1940 Duke Street, Suite 200
>Alexandria, Virginia 22314
>804-747-5200 - Phone
>804-747-6085 - Fax
>dgiroux@hccw.com